# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JUDY D. CONLEY                                    Case Number: 04-73304
2811 SUMMERDALE AVE.                 SSN-xxx-xx-5769
ROCKFORD, IL  61101

Case filed on:         6/29/2004
Plan Confirmed on:     9/24/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,100.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  |  |  |  |  |  |
| 204 | THE RAMSEY LAW FIRM PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | JUDY D. CONLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | AMERICAN GENERAL FINANCE | 4,000.00 | 4,000.00 | 1,974.94 | 1,447.26 |
|  | Total Secured | 4,000.00 | 4,000.00 | 1,974.94 | 1,447.26 |
|  |  |  |  |  |  |
| 001 | AMERICAN GENERAL FINANCE | 747.75 | 747.75 | 0.00 | 0.00 |
| 002 | CAPITAL ONE | 1,428.04 | 1,428.04 | 0.00 | 0.00 |
| 003 | COMED CO | 3,028.48 | 3,028.48 | 0.00 | 0.00 |
| 004 | CONSECO FINANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CONSECO FINANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | GREEN TREE SERVICING LLC | 21,540.77 | 21,540.77 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 283.11 | 283.11 | 0.00 | 0.00 |
| 008 | DEPARTMENT OF VETERANS AFFAIRS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 297.84 | 0.00 | 0.00 | 0.00 |
| 010 | ELECTRIC MOBILITY CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FIRST CONSUMER NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FITZGERALD FUNERAL HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HOUSEHOLD AUTOMOTIVE FINANCE CORP | 8,866.27 | 8,866.27 | 0.00 | 0.00 |
| 014 | JEFFERSON CAPITAL SYSTEMS, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ILLINI CASH ADVANCE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | KINDRED HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MP TOTAL CARE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NATIONAL CASH ADVANCE | 1,368.00 | 1,368.00 | 0.00 | 0.00 |
| 020 | NATIONWIDE ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD NEPHROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NICOR GAS | 616.68 | 616.68 | 0.00 | 0.00 |
| 023 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | RMH PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD HEALTH SYSTEMS/ | 125.63 | 125.63 | 0.00 | 0.00 |
| 027 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | RHS ANESTHESIA SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SURGICAL ASSOCIATES OF NO. ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | VISITING NURSES ASSOC. | 370.65 | 370.65 | 0.00 | 0.00 |
| 032 | VIVEK THAPPA, M.D. | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | THE LAW OFFICES OF BENNETT & DELONEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | MERRICK BANK | 1,026.68 | 1,026.68 | 0.00 | 0.00 |
| 036 | ROCKFORD MERCANTILE AGENCY INC | 274.06 | 274.06 | 0.00 | 0.00 |
| 037 | CAPITAL ONE | 318.51 | 318.51 | 0.00 | 0.00 |
| 038 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 40,292.47 | 39,994.63 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 45,656.47 | 45,358.63 | 3,338.94 | 1,447.26 |

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Total Paid Claimant:          $4,786.20
Trustee Allowance:            $313.80
Percent Paid Unsecured:          0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008                By  /s/Heather M. Fagan